Robert SOLOMON, Petitioner,

v.

**OFFICE OF COMPLIANCE, Respondent,**

and

**Office of the Architect of the Capitol, Respondent.**

Nos. 2007–6002, 2007–6003.

United States Court of Appeals, Federal Circuit.

Sept. 9, 2008.

Jeffrey H. Leib, of Washington, DC, argued for petitioner.

William Wachter, Attorney, Office of the General Counsel, Office of Compliance, of Washington, DC, argued for respondent Office of Compliance. With him on the brief was Peter A. Eveleth, General Counsel.

Kelsi Brown Corkran, Attorney, Appellate Staff, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent Office of the Architect of the Capitol. With her on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General, and Marleigh D. Dover, Attorney.

RADER, Circuit Judge, CLEVENGER, Senior Circuit Judge, and DYK, Circuit Judge.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

***AFFIRMED.*** *See* Fed. Cir. R. 36.